■ THE PEOPLE OF THE STATE OF NEW YORK v ANASTASIO VAFIADIS. — Upon the court's own motion, the order of this court entered on June 3, 1982 [88 AD2d 808] is vacated. Concur — Carro, J. P., Silverman, Fein.and Milonas, JJ.